```
WILLIAM L. ANTHONY (STATE BAR NO. 106908)
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
BAS DE BLANK (STATE BAR NO. 191487)
RORY G. BENS (STATE BAR NO. 201674)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401
```

Attorneys for Defendants
TANDBERG ASA and TANDBERG, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TANDBERG ASA, and TANDBERG, INC. a Delaware corporation,<br><br>Defendants. | Case No.  C 05-01940 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO FILE UNDER SEAL EXHIBIT K-R AND T TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT THAT TANDBERG IS LICENSED |

The Court, having considered the Request for Sealing of Exhibits K-R to the Declaration of I. Neel Chatterjee in Support of Defendants' Motion for Summary Judgment that Tandberg Is Licensed, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Administrative Request for Sealing is **GRANTED**. The Clerk of the Court shall file under seal Exhibits K-R and T to the Declaration of I. Neel Chatterjee in Support of Defendants' Motion for Summary Judgment that

///

///

///

DOCSSV1:443389.1

[PROPOSED] ORDER RE REQUEST FOR SEALING
CASE NO.05-01940 MHP

1 Tandberg Is Licensed. All remaining Exhibits shall be filed by Tandberg on the public docket.

2

3 **IT IS SO ORDERED.**

4

5 Dated: _____, 2006

_____
Honorable Marilyn H. Patel
United States District Judge

