WILLIAM L. ANTHONY (State Bar No. 106908)
I. NEEL CHATTERJEE (State Bar No. 173985)
BAS DE BLANK (State Bar No. 191487)
RORY G. BENS (State Bar No. 201674)
THERESA A. SUTTON (State Bar No. 211857)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendants and Counter-Plaintiff
TANDBERG ASA and TANDBERG, INC.


SIMPSON THACHER & BARTLETT LLP
GEORGE M. NEWCOMBE (202898) gnewcombe@stblaw.com
JEFFREY E. OSTROW (213118) jostrow@stblaw.com
HARRISON J. FRAHN IV (206822) hfrahn@stblaw.com
3330 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Plaintiff and Counter-Defendant
COLLABORATION PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada Corporation,<br><br>            Plaintiff and Counter-Defendant,<br><br>   v.<br><br>TANDBERG ASA, and TANDBERG, INC. a Delaware Corporation,<br><br>            Defendants and Counter-Plaintiffs. | Case No.  C 05-01940 MHP<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER AMENDING THE AMENDED CASE MANAGEMENT ORDER**<br><br> **(CIVIL L.R. 6-2)** |

1  Pursuant to Civil Local Rules 6-2 and 7-11 of the Federal District Court for the
2  Northern District of California, Plaintiff and Counter-Defendant Collaboration Properties, Inc.
3  ("CPI") and Defendants and Counter-Plaintiffs Tandberg ASA and Tandberg, Inc. (collectively,
4  "Tandberg"), by and through their respective counsel, submit this Joint Stipulation and Proposed
5  Order Amending the Amended Case Management Order.
6  WHEREAS, the initial Case Management Conference was held on September 12,
7  2005;
8  WHEREAS, at the Case Management Conference and by Minute Entry filed on
9  September 16, 2005, the Court adopted the claim construction schedule proposed by the parties in
10 their Joint Case Management Statement (the "Case Management Order");
11 WHEREAS, on January 26, 2006, the Court granted the Joint Stipulation and
12 Order Rescheduling Hearing, Briefing Schedule and Case Management Conference, and
13 Amending the Case Management Order (the "Amended Case Management Order");
14 WHEREAS, the Amended Case Management Order set the deadline for
15 completing discovery relating to claim construction under Patent L.R. 4-4 for February 22, 2006;
16 WHEREAS, the Amended Case Management Order set the deadline for CPI to file
17 its opening brief on claim construction under Patent L.R. 4-5(a) for March 9, 2006;
18 WHEREAS, the Amended Case Management Order set the deadline for Tandberg
19 to file its responsive brief on claim construction under Patent L.R. 4-6 for March 23, 2006;
20 WHEREAS, the Amended Case Management Order set the deadline for CPI to file
21 its reply brief on claim construction under Patent L.R. 4-5(c) for April 3, 2006;
22 WHEREAS, the Amended Case Management Order set the claim construction
23 hearing under Patent L.R. 4-6 for April 17, 2006 or at the Court's convenience;
24 WHEREAS, Tandberg requested that the deadline to compete discovery relating to
25 claim construction be extended;
26 WHEREAS, the parties agreed to a modest extension of the deadline to compete
27 discovery relating to claim construction and the claim construction briefing schedule; and
28

NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

Subject to the Court's approval, pursuant to Civil Local Rules 6-2 and 7-11 of the Federal District Court for the Northern District of California, that the deadlines in the Amended Case Management Order regarding the deadline to complete discovery and the claim construction briefing schedule be extended to the dates in the proposed schedule below.

**Schedule Regarding Discovery, Claims Construction and Trial**

Subject to the foregoing, the parties have agreed to and propose the following modifications to the schedule.

| Event | The Parties' Joint Proposal |
|---|---|
| **G.** Deadline for completing discovery relating to claim construction under Patent L.R. 4-4. | March 6, 2006 |
| **H.** Deadline for CPI to file opening brief on claim construction under Patent L.R. 4-5(a). | March 13, 2006 |
| **I.** Deadline for Tandberg to file responsive brief on claim construction under Patent L.R. 4-6. | March 27, 2006 |
| **J.** Deadline for CPI to file reply brief on claim construction under Patent L.R. 4-5(c). | April 7, 2006 |
| **K.** Claim construction hearing under Patent L.R. 4-6. | April 17, 2006 or At the Court's convenience |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 17, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/
Rory G. Bens
Attorneys for Defendants and Counter-Plaintiffs
TANDBERG ASA and TANDBERG, INC.

Dated: February 21, 2006        SIMPSON THACHER & BARTLETT LLP

/s/
Harrison J. Frahn IV
Attorneys for Plaintiff and Counter-Defendant
COLLABORATION PROPERTIES, INC.

**CERTIFICATION**

I attest that Rory G. Bens has concurred in the filing of this document.

Dated: February 21, 2006        SIMPSON THACHER & BARTLETT LLP

/s/
Harrison J. Frahn IV

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _February 22_, 2006

Honorable Marilyn H. Patel
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

3

JOINT STIPULATION AND {PROPOSED] ORDER
AMENDING AMENDED CASE MANAGEMENT ORDER
C 05-01940 MHP