SIMPSON THACHER & BARTLETT LLP
GEORGE M. NEWCOMBE (202898) gnewcombe@stblaw.com
JEFFREY E. OSTROW (213118) jostrow@stblaw.com
HARRISON J. FRAHN IV (206822) hfrahn@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Plaintiff and Counter-Defendant
COLLABORATION PROPERTIES, INC.


WILLIAM L. ANTHONY (State Bar No. 106908)
I. NEEL CHATTERJEE (State Bar No. 173985)
BAS DE BLANK (State Bar No. 191487)
RORY G. BENS (State Bar No. 201674)
THERESA A. SUTTON (State Bar No. 211857)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendants and Counter-Plaintiff
TANDBERG ASA and TANDBERG, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TANDBERG ASA, and TANDBERG, INC. a Delaware Corporation,<br><br>        Defendants. | Case No.  C 05-01940 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING PAGE LIMITS**<br><br>**(CIVIL L.R. 7-2, 7-4)** |

1  Pursuant to Civil Local Rules 7-2(b), 7-3(a) and (c), 7-4(b), and 7-12 of the Federal
2  District Court for the Northern District of California, Plaintiff and Counter-Defendant
3  Collaboration Properties, Inc. ("CPI") and Defendants and Counter-Plaintiffs Tandberg ASA and
4  Tandberg, Inc. (collectively, "Tandberg"), by and through their respective counsel, submit this
5  Joint Stipulation and Proposed Order to increase the page limits for briefs set forth in Civil Local
6  Rules 7-2 through 7-4.
7  WHEREAS, Civil Local Rule 7-2(b) states that the number of pages for briefs or
8  memoranda filed with opening papers may not exceed 25 pages;
9  WHEREAS, Civil Local Rules 7-3(a) and 7-4(b) state that the number of pages for
10 briefs or memoranda filed with opposition papers may not exceed 25 pages of text;
11 WHEREAS, Civil Local Rules 7-3(c) and 7-4(b) state that the number of pages for
12 briefs or memoranda filed with reply papers may not exceed 15 pages of text; and
13 WHEREAS, the parties agreed to a modest increase in the number of pages for
14 both parties' briefs on claims construction.
15 NOW, THEREFORE, THE PARTIES JOINTLY REQUEST THE FOLLOWING:
16 Subject to the Court's approval, pursuant to Civil Local Rule 7-12 of the Federal
17 District Court for the Northern District of California, that:
18  1. CPI's Opening Claims Construction Brief will not exceed 35 pages of text.
19  2. Tandberg's Opposition Brief on Claims Construction will not exceed 35 pages
20 of text.
21  3. CPI's Reply Brief on Claims Construction will not exceed 20 pages of text.
22 ///
23 ///
24 ///
25
26
27
28

Joint Stipulation and [Proposed] Order Enlarging Page Limits
Case No. C 05-01940 MHP

Dated: April 12, 2006                    SIMPSON THACHER & BARTLETT LLP

                                         /s/
                                         _____
                                         Harrison J. Frahn IV
                                         Attorneys for Plaintiff and Counter-Defendant
                                         COLLABORATION PROPERTIES, INC.

Dated: April 12, 2006                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                         /s/
                                         _____
                                         Rory G. Bens
                                         Attorneys for Defendants and Counter-Plaintiffs
                                         TANDBERG ASA and TANDBERG, INC.

## CERTIFICATION

I attest that Rory G. Bens has concurred in the filing of this document.

Dated: April 12, 2006                    SIMPSON THACHER & BARTLETT LLP

                                         /s/
                                         _____
                                         Harrison J. Frahn IV

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 13_____, 2006        _____
                                         Honorable Marilyn H. Patel
                                         UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

Joint Stipulation and [Proposed] Order Enlarging Page Limits
Case No. C 05-01940 MHP

2