1  WILLIAM L. ANTHONY (State Bar No. 106908)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  BAS DE BLANK (State Bar No. 191487)
   RORY G. BENS (State Bar No. 201674)
3  CHESTER W. DAY (State Bar No. 240062)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, California 94025
5  Telephone:    650-614-7400
   Facsimile:    650-614-7401
6
   Attorneys for Defendants
7  TANDBERG ASA and TANDBERG, INC.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
   COLLABORATION PROPERTIES, INC., a         Case No.  C 05-01940 MHP
13 Nevada Corporation,
                                              **[PROPOSED]** ORDER GRANTING
14              Plaintiff,                    DEFENDANTS' MOTION FOR
                                              ADMINISTRATIVE RELIEF TO
15         v.                                 BRING EQUIPMENT INTO THE
                                              COURTROOM PURSUANT TO
16 TANDBERG ASA, and TANDBERG, INC. a         CIVIL L.R. 7-11(A)
   Delaware Corporation,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

US_WEST:260021154.1

PROPOSED] ORDER GRANTING MOTION FOR ADMIN RELIEF
TO BRING EQUIPMENT TO COURTROOM
C 05-01940 MHP

1  Before the Court is Defendants' [Proposed] Order Granting Defendants' Motion
2  for Administrative Relief to Bring Equipment Into the Courtroom Pursuant to Civil L.R. 7-11(A).
3  Having read the motion, and good cause appearing, the Court hereby **GRANTS** the motion. as to the equipment as enumerated in the motion.
4  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

6  Dated: May 18_____, 2006

   Honorable Marilyn H. Patel
   UNITED STATES DISTRICT COURT JUDGE

   *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
   *[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*