ORIGINAL

FILED
JUL 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLLABORATION PROPERTIES, INC., a Nevada corporation | Case No. C 05-01940 MHP |
|---|---|
| Plaintiff/Counter-Defendant, | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| TANDBERG ASA, and TANDBERG, INC., a Delaware corporation | |
| Defendant/Counter-Plaintiffs. | |

Victor Cole, an active member in good standing bars of the State of New York Supreme Court, Appellate Division First Judicial Department; The Unites States Supreme Court, The United States Court of Appeals for the Federal Circuit; the United States District Court Southern District of New York; the United States District Court Eastern District of New York; and the United States District Court Eastern District of Texas, whose business address and telephone number is SIMPSON THACHER & BARTLETT LLP, 425 Lexington Ave., New York, New York 10017-3954, Telephone: (212) 455-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Collaboration Properties, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

7/7/06



IT IS SO ORDERED

U.S. DISTRICT JUDGE