SIMPSON THACHER & BARTLETT LLP
GEORGE M. NEWCOMBE (202898) gnewcombe@stblaw.com
JEFFREY E. OSTROW (213118) jostrow@stblaw.com
HARRISON J. FRAHN IV (206822) hfrahn@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Plaintiff and Counter-Defendant
COLLABORATION PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>TANDBERG ASA, and TANDBERG, INC., a Delaware corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 05-01940 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: SUPPLEMENTAL CASE MANAGEMENT CONFERENCE**<br><br>Before: Hon. Marilyn Hall Patel |

Pursuant to Civil Local Rule 7-12 of the Federal District Court for the Northern District of California, Collaboration Properties, Inc. ("CPI") and Tandberg ASA and Tandberg, Inc. (collectively, "Tandberg"), by and through their respective counsel, submit this Joint Stipulation.

WHEREAS, the Court has requested that the parties schedule a supplemental case management conference for September 21, 2006, to be held at the conclusion of the hearing on Third-Party RADVISION, Ltd.'s Motion for Protective Order ("Motion"); and

WHEREAS, counsel for CPI and counsel for Tandberg are available to attend a supplemental case management conference at that time;

JOINT STIPULATION RE: SUPPLEMENTAL CASE MANAGEMENT CONFERENCE
CASE NO. C 05-01940 MHP

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties as follows:

A supplemental case management conference will be held on September 21, 2006, at the conclusion of the hearing on RADVISION's Motion. The parties will file a joint supplemental case management statement on September 14, 2006.

Dated: August 14, 2006                    SIMPSON THACHER & BARTLETT LLP


By: _____/s/_____
    HARRISON J. FRAHN IV

    Attorneys for Plaintiff/Counterdefendant
    COLLABORATION PROPERTIES, INC.


Dated: August 14, 2006                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/_____
    CHESTER DAY

    Attorneys for Defendants/Counterplaintiffs
    TANDBERG ASA and TANDBERG, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August __15__, 2006

_____
Honorable Marilyn Hall Patel
United States District Court Judge

JOINT STIPULATION RE: SUPPLEMENTAL CASE MANAGEMENT CONFERENCE
CASE NO. C 05-01940 MHP                    2

## CERTIFICATION

I attest that Chester Day has concurred in the filing of this document.

Dated: August 14, 2006         SIMPSON THACHER & BARTLETT LLP


By: _____/s/_____
    HARRISON J. FRAHN IV

Attorneys for Plaintiff/Counter-Defendant
COLLABORATION PROPERTIES, INC.