FILED
AUG 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIMPSON THACHER & BARTLETT LLP
GEORGE M. NEWCOMBE (202898) gnewcombe@stblaw.com
JEFFREY E. OSTROW (213118) jostrow@stblaw.com
HARRISON J. FRAHN IV (206822) hfrahn@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Plaintiff and Counter-Defendant
COLLABORATION PROPERTIES, INC.

WILMER CUTLER PICKERING
HALE AND DORR LLP
ELIZABETH I. ROGERS (226234) elizabeth.rogers@wilmerhale.com
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Third-Party RADVISION, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>TANDBERG ASA, and TANDBERG, INC., a Delaware corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 05-01940 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON RADVISION MOTION FOR PROTECTIVE ORDER**<br><br>Before: Hon. Marilyn Hall Patel |

Pursuant to Civil Local Rule 7-12 of the Federal District Court for the Northern District of California, Collaboration Properties, Inc. ("CPI") and Third-Party RADVISION, Ltd. ("RADVISION"), by and through their respective counsel, submit this Joint Stipulation.

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE ON RADVISION MOTION
CASE NO. C 05-01940 MHP

1  WHEREAS, CPI and RADVISION believe they may be able to informally resolve
2  Third-Party RADVISION, Ltd.'s Motion for Protective Order ("Motion") by August 28, 2006;
3  and
4  WHEREAS, CPI's Opposition to RADVISION's Motion ("Opposition") is
5  currently due on August 21, 2006;
6  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
7  between counsel for the undersigned parties as follows:
8  CPI's Opposition will be due on August 28, 2006. RADVISION's reply will be
9  due on September 4, 2006.

10  Dated: August 21, 2006            SIMPSON THACHER & BARTLETT LLP

                                     By: _____/s/_____
                                         HARRISON J. FRAHN IV

                                     Attorneys for Plaintiff/Counterdefendant
                                     COLLABORATION PROPERTIES, INC.

17  Dated: August 21, 2006            WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

                                     By: _____/s/_____
                                         ELIZABETH I. ROGERS

                                     Attorneys for Third-Party RADVISION, Ltd.

23                                   **ORDER**
24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated: August 21, 2006

                                     _____
                                     Honorable Marilyn Hall Patel
                                     United States District Court Judge

## CERTIFICATION

I attest that Elizabeth I. Rogers has concurred in the filing of this document.

Dated: August 21, 2006                     SIMPSON THACHER & BARTLETT LLP


By: _____/s/_____
    HARRISON J. FRAHN IV

Attorneys for Plaintiff/Counter-Defendant
COLLABORATION PROPERTIES, INC.

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE ON RADVISION MOTION
CASE NO. C 05-01940 MHP                     3