1  SIMPSON THACHER & BARTLETT LLP
   GEORGE M. NEWCOMBE (202898) gnewcombe@stblaw.com
2  JEFFREY E. OSTROW (213118) jostrow@stblaw.com
   HARRISON J. FRAHN IV (206822) hfrahn@stblaw.com
3  2550 Hanover Street
   Palo Alto, California 94304
4  Telephone: (650) 251-5000
   Facsimile:  (650) 251-5002
5
   Attorneys for Plaintiff and Counter-Defendant
6  COLLABORATION PROPERTIES, INC.

7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  ELIZABETH I. ROGERS  (226234) elizabeth.rogers@wilmerhale.com
   1117 California Avenue
9  Palo Alto, California 94304
   Telephone: (650) 858-6000
10 Facsimile:  (650) 858-6100

11 Attorneys for Third-Party RADVISION, Ltd.

12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                              SAN FRANCISCO DIVISION

16
   COLLABORATION PROPERTIES, INC., a    )   Case No. C 05-01940 MHP
17 Nevada corporation,                   )
                                         )   **JOINT STIPULATION AND**
18        Plaintiff/Counter-Defendant,   )   **[PROPOSED] ORDER EXTENDING**
                                         )   **BRIEFING SCHEDULE ON**
19        v.                             )   **RADVISION MOTION FOR**
                                         )   **PROTECTIVE ORDER**
20                                       )
   TANDBERG ASA, and TANDBERG, INC., a   )   Before:  Hon. Marilyn Hall Patel
21 Delaware corporation,                 )
                                         )
22        Defendants/Counter-Plaintiffs. )
                                         )
23

24         Pursuant to Civil Local Rule 7-12 of the Federal District Court for the Northern

25 District of California, Collaboration Properties, Inc. ("CPI") and Third-Party RADVISION, Ltd.

26 ("RADVISION"), by and through their respective counsel, submit this Joint Stipulation.

27

28

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE ON RADVISION MOTION
CASE NO. C 05-01940 MHP

1  WHEREAS, CPI and RADVISION believe they may be able to informally resolve
2  Third-Party RADVISION, Ltd.'s Motion for Protective Order ("Motion") by September 7, 2006;
3  and
4  WHEREAS, RADVISION's reply in support of its Motion ("Reply") is currently
5  due on September 4, 2006;
6  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
7  between counsel for the undersigned parties as follows:
8  RADVISION's reply will be due on September 7, 2006.

9  Dated: September 1, 2006         SIMPSON THACHER & BARTLETT LLP

By: _____
HARRISON J. FRAHN IV

Attorneys for Plaintiff/Counterdefendant
COLLABORATION PROPERTIES, INC.

Dated: September 1, 2006         WILMER CUTLER PICKERING
                                 HALE AND DORR LLP

By:    /s/
ELIZABETH I. ROGERS

Attorneys for Third-Party RADVISION, Ltd.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September __6__, 2006

_____
Honorable Marilyn H. Patel
United States District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel