UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada corporation, | ) ) ) | Case No. C 05-01940 MHP |
| Plaintiff/Counter-Defendant, | ) ) | [PROPOSED] ORDER GRANTING CPI'S MOTION TO SHORTEN TIME |
| v. | ) ) ) | Before: Hon. Marilyn Hall Patel |
| TANDBERG ASA, and TANDBERG, INC., a Delaware corporation, | ) ) ) | |
| Defendants/Counter-Plaintiffs. | ) ) | |

Having considered CPI's Motion to Shorten Time, IT IS HEREBY ORDERED THAT the Court shall consider CPI's Motion for Sanctions on an expedited basis, and shall hear oral argument on the Motion on December 18, 2005. IT IS FURTHER ORDERED THAT Tandberg ASA and Tandberg, Inc. shall file and serve any opposition to the Motion no later than November 29, 2006, and CPI shall file and serve any reply in support of the Motion on December 4, 2006.

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME
CASE NO. C 05-01940 MHP

1       IT IS SO ORDERED.

2 Dated: November ___24___, 2006

3 _____

4 Honorable Marilyn Hall Patel
   United States District Court Judge

JOINT STIPULATION RE: FILING DOCUMENTS UNDER SEAL
CASE NO. C 05-01940 MHP      2