UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>TANDBERG ASA, and TANDBERG, INC., a Delaware corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 05-01940 MHP<br><br>[PROPOSED] ORDER GRANTING CPI'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Before: Hon. Marilyn Hall Patel |

Having considered CPI's Administrative Request Pursuant to Civil Local Rule 7-11 to File Under Seal CPI's Motion for Sanctions ("Motion") and Exhibits H, I, K, L, M, N, O, Q, R, and U to the Declaration of Jonathan C. Sanders ("Sanders Decl.") in support thereof, IT IS HEREBY ORDERED THAT the Motion and the aforementioned exhibits to the Sanders Decl. shall be filed under seal pursuant to Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: November __24__, 2006

_____
Honorable Marilyn Hall Patel
United States District Court Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 05-01940 MHP