UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>TANDBERG ASA, and TANDBERG, INC., a Delaware corporation,<br><br>Defendants/Counter-Plaintiffs. | Case No. C 05-01940 MHP<br><br>[PROPOSED] ORDER RE: FILING DOCUMENTS UNDER SEAL |

Having considered CPI's Administrative Request Pursuant to Civil Local Rule 7-11 to File Under Seal ~~(1) CPI's Preliminary Response to Defendants' Motion for Summary Judgment of U.S. Patent Nos. 5,867,654 and 6,212,547 ("Response") and~~ (2) Exhibit A to the Declaration of Jonathan C. Sanders ("Sanders Decl.") in support thereof, IT IS HEREBY ORDERED THAT CPI's Response and Exhibit A to the Sanders Decl. shall be filed under seal pursuant to Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: 12/28/06

_____
Honorable Marilyn Hall Patel
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 05-01940 MHP