SIMPSON THACHER & BARTLETT LLP
GEORGE M. NEWCOMBE (202898) gnewcombe@stblaw.com
JEFFREY E. OSTROW (213118) jostrow@stblaw.com
HARRISON J. FRAHN IV (206822) hfrahn@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Plaintiff and Counter-Defendant
COLLABORATION PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATION PROPERTIES, INC., a Nevada corporation,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>TANDBERG ASA, and TANDBERG, INC., a Delaware corporation,<br><br>　　　　Defendants/Counter-Plaintiffs. | Case No. C 05-01940 MHP<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii) AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL
CASE NO. C 05-01940 MHP

1    The parties hereto, having amicably resolved their differences, hereby stipulate to a
2  dismissal of all claims and counterclaims in this action with prejudice, pursuant to Federal Rule of
3  Civil Procedure 41(a)(1)(ii).  Each party shall bear its own costs and attorneys' fees.

5  Dated: February 15, 2007    By:    /s/
                                      George M. Newcombe (Bar No. 202898)
                                      gnewcombe@stblaw.com
                                      Harrison J. Frahn IV (Bar No. 206822)
                                      hfrahn@stblaw.com
                                      SIMPSON THACHER & BARTLETT LLP
                                      2550 Hanover Street
                                      Palo Alto, CA 94306
                                      Telephone: (650) 251-5000
                                      Facsimile:  (650) 251-5002

                                      *Attorneys for Plaintiff*
                                      Collaboration Properties, Inc.

13 Dated: February 15, 2007    By:    /s/
                                      William L. Anthony (Bar No. 106908)
                                      wanthony@orrick.com
                                      I. Neel Chatterjee (Bar No. 173985)
                                      nchatterjee@orrick.com
                                      ORRICK HERRINGTON & SUTCLIFFE LLP
                                      1000 Marsh Road
                                      Menlo Park, CA 94205
                                      Telephone: (650) 614-7400
                                      Facsimile:  (650) 614-7401

                                      *Attorneys for Defendants*
                                      Tandberg ASA and Tandberg, Inc.

21    Good cause appearing, it is SO ORDERED.

23 Dated: 2/21/07                      _____
                                      The Honorable Marilyn H. Patel
                                      United States District Court Judge

STIPULATION OF DISMISSAL
CASE NO. C 05-01940 MHP

## **CERTIFICATION**

I attest that Denise Mingrone has concurred in the filing of this document.

Dated: February 15, 2007            SIMPSON THACHER & BARTLETT LLP


By: _____/s/_____
　　　Harrison J. Frahn IV

*Attorneys for Plaintiff*
Collaboration Properties, Inc.

STIPULATION OF DISMISSAL
CASE NO. C 05-01940 MHP                    2